People v Floresarteaga

2026 NY Slip Op 01983

April 1, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, plaintiff,

v

Daniel Floresarteaga, defendant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department

Decided on April 1, 2026

2025-08817, (Ind. No. 432/20)

Cheryl E. Chambers, J.P.

Deborah A. Dowling

Lillian Wan

Lourdes M. Ventura, JJ.

Daniel Floresarteaga, Dannemora, NY, defendant pro se.

Susan Cacace, District Attorney, White Plains, NY (Jill Oziemblewski of counsel), for plaintiff.

[*1]

DECISION & ORDER

Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the County Court, Westchester County, rendered September 15, 2022.

ORDERED that the application is denied.

The defendant has not established his entitlement to the relief requested (see People v Syville, 15 NY3d 391).

CHAMBERS, J.P., DOWLING, WAN and VENTURA, JJ., concur.

ENTER:

Darrell M. Joseph

Clerk of the Court